# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 4263 | **DATE** | 10/10/2003 |
| **CASE TITLE** | Robert Earle Walker, et al vs. Gateway Financial | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held and continued to 10/23/03 at 8:45 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Amendment to Memorandum Opinion and Order. Accordingly the text of this Court's October 7 memorandum opinion and order is amended by substituting "the Mikado's" for "the Lord High Executioner's."

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | OCT 1 4 2003 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | 20 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 10/14/2003 date mailed notice | |
| SN | courtroom deputy's initials | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT EARLE WALKER, et al., )
)
        Plaintiffs, )
)
v. ) No. 03 C 4263
)
GATEWAY FINANCIAL CORPORATION, )
et al., )
)
        Defendants. )

## AMENDMENT TO MEMORANDUM OPINION AND ORDER

At this morning's status hearing, counsel for the parties called this Court's attention to an attribution error (the product of dictation without adequate research) in ascribing to the Lord High Executioner something actually sung by the Mikado. Accordingly the text of this Court's October 7 memorandum opinion and order is amended by substituting "the Mikado's" for "the Lord High Executioner's."

                                                          _____
                                                          Milton I. Shadur
                                                         Senior United States District Judge

Date: October 10, 2003

